**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

In re                                                                    Chapter 11

Heights Management 181, LLC                          Case No. 11-13003

                            Debtor.
------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Please take notice that 181 PM LLC and New Park Ventures hereby enter their appearance by and through their counsel, Akerman Senterfitt LLP, and such counsel hereby request that copies of all notices and pleadings given or filed in the above-captioned case and any other case(s) consolidated herewith be given and served upon the parties listed below at the following address and telephone number:

        Michael S. Simon (MS 5201)
        Kathlyn Schwartz (KS 0517)
        Akerman Senterfitt LLP
        335 Madison Avenue, 26th Floor
        New York, NY 10017
        Tel.: (212) 880-3800
        Fax: (212) 880-8965
        m.simon@akerman.com
        kathlyn.schwartz@akerman.com

Please take further notice that the foregoing demand includes not only the notices and papers, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein. Please add the attorneys of record to such mailing matrix as may be used for all purposes in this case.

{NY146983;1}

Dated: June 22, 2011
     New York, New York

/s/ Michael S. Simon
Michael S. Simon (MS 5201)
Kathlyn Schwartz (KS 0517)
AKERMAN SENTERFITT LLP
335 Madison Ave., Suite 2600
New York, NY 10017
Tel.: (212) 880-3800
Fax: (212) 880-8965
m.simon@akerman.com
kathlyn.schwartz@akerman.com